In the United States District Court
for the Western District of Wisconsin

Eric Garvey,           ) Case No. 14-CV-85
     v.                )       No. 10-cr-~~~~133
United States of America )

## Notice of Appeal

Now, Eric Garvey, pro se to give immediate Notice of intent to appeal the district Court's Order and Opinion of Judge William Conley, entered on the 10th day of May, 2016.

Respectfully submitted on this 12th day of May, 2016.

*Eric Garvey*

Eric Garvey
07111-090
Federal Correctional Institution Oxford
P.O. Box 1000
Oxford, WI.
53952

Eric Garvey 07111 090
Federal Correctional Institution Oxford
P.O. Box 1000
Oxford, WI.
53952

MILWAUKEE WI 530

13 MAY 2016 PM 6 L



⇔07111-090⇔
U S Courthouse
Clerk of
120 N Henry ST
Madison, WI 53703-4304
United States

53703-430499